PROB 12B
(4/17)

# United States District Court
## for
## District of New Jersey
## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Shakenia Anderson　　　　　　　　　　Cr.: 15-00190-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 419680

Name of Sentencing Judicial Officer:　HONORABLE WILLIAM H. WALLS
　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE

Date of Original Sentence: 04/18/2017

Original Offense: Attempt and Conspiracy to Commit Wire Fraud

Original Sentence: 48 months probation

Special Conditions: Special Assessment of $100; Restitution of $418,744.50; Financial Disclosure

Type of Supervision: Probation　　　　　　　　　Date Supervision Commenced: April 21, 2017

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total term of _____ years.

☑ To modify the conditions of supervision as follows:

**COMMUNITY SERVICE (25 hours per week during periods of unemployment )**

You must contribute 25 hours of community service work per week during periods of unemployment in a manner approved by the Probation Department and will cooperate in allowing the Probation Department to confirm the community service is completed.

**RESTRUCTURE OF RSTITUTION PAYMENTS**

During periods of unemployment, you shall submit monthly restitution payments in the amount of $25.00. While employed, you shall submit monthly payments of $100.00.

## CAUSE

At the time of sentencing, the offender was employed by Explorer Security Services as a security guard. However, in July 2017, the offender was terminated due to the fact that the Division of Licensing Services of the New York State Department of State (NYS DOS) declined to renew her security guard license due to her conviction for the instant offense. The offender appealed the decision and is awaiting the results of a hearing held before the NYS DOS. In the interim, the offender had been collecting Unemployment Insurance benefits through the New York State Department of Labor at a rate of $216.00 per week. On November 20, 2017, the offender began employment with the New York City Department of Parks and Recreation. According to the supervising officer, despite numerous admonitions regarding her failure to make monthly restitutions payments, subsequently only two payments have been made, totaling $75.

Respectfully submitted,
By: Susan E. Karlak
Sr. U.S. Probation Officer
Date: 11/30/2017

THE COURT ORDERS:

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ No Action

☐ Other

Signature of Judicial Officer

12 December 2017
Date

PROB 49
(4/15)SWPA

# United States District Court

DISTRICT OF NEW JERSEY

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

*During periods of unemployment, the defendant shall submit monthly restitution payments in the amount of $25. While employed, the defendant shall submit monthly payments of $100.*

Witness _____          Signed _____
Benjamin Goodman-Davis                              Shakenia Anderson
(U.S. Probation Officer)                            (Probationer or Supervised Releasee)

November 6, 2017
(Date)